THE UNITED STATES DISTRICT COURT OF KNOXVILLE TN
FILED
JUL 12 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Marcus T. Johnson #482126
Plaintiff, (Whistle Blower)

v.

KCSO, KCDF, Jane and John Doe,
Knox County Criminal and or
misdemeanor Court, Judge, and D.A.
Respondant,

NO: 3:21mc51
Varlan/Guyton

## "Jury Trial Requested"

## 42 U.S.C.A. Section #1983  "Qui Tom Suite"

### Deprivation of Rights Under the Color of Law of A.D. Act
### PATIENT.

Comes now the plaintiff on this 27th day of June, 2021 from the Knox County Detention Facility moving this Honorable Court for the aforesaid Motion. The plaintiff states that he is Indigent and cannot afford to bare the funds to proceed with his claim unless this Honorable Court would permit a forma Pauporis due to the plaintiff's lack of funding.

The plaintiff states that in the Interest of Justice both fairly and Impartially Thats his Rights have been and are still being violated and exspidiscious resolution is mandatoryl needed.

The plaintiff will state he has requested legal materials as well as the Trust fund printouts to move his petition but To No Avail has been granted the things needed to proceed with this Court.

The petitioner states he is a layman of the law and if appointment of counsel is needed that This Honorable Court would provide it.

The petitioner would now set forth his claims in support of the foregoing Motion;

— Reprisal —

[1.]

# CLAIMS:

THE Plaintiff claims that he is being Unlawfully Imprisoned of his freedom being his 4th Amendment Right Violated and has requested release and or help from all respondants in obtaining release to no Avial Therefore subjecting the plaintiff to a 8th Amendment Violation due to the respondants in both there offical and Individual Capacities still being Allowed To permit Offical Misconduct and Offical Oppression (T.C.A# 39-16-401, 39-16-402).

The plaintiff claims That he has procedurally followed The U.A.P. Act and properly utilized the Plaintiffs 1st amendment right by grieving yet to no Avail and to arrogance over intellegence is and still have been ignored with no resolution when all parties are of The Same jurisdiction and are all acting in Concert over the statutorial mandates which is misconduct and diliberate Indifference.

The plaintiff states that all Due process both procedurally on the respondants behalf and Constitutionally the 14th Amendment on the petitioners behalf is and has been violated.

The plaintiff states he has been denied his approved Attorney Call 3 days straight which is retalitory.

The plaintiff will now set Forth his grounds in Support of his Motion:

# GROUNDS:

The petitioner states that he had caught a charge over a month ago from the date of this petition and was detained for which at that Time of The Original charge and at his plea hearing did the plaintiff and the D.A. make a plea to wit The plaintiff partially agreed with and upon the material Instrument being the Actual Contractual plea did the plaintiff Sign Unambiguasly and openly as can be seen on the lea of Probation itself that The plaintiff signs Under protest which by The federal and state statutes has utilized and submitted properly on behalf of the plaintiff. (See plea Agreement and statutorial Code T.C.A 47-1-308) and or (Federal U.C.C. 1-308)

The plaintiff states that in no way should any punishment of any type including lock up be permitted when The states officals knew and or checked The Law and The codes themselves since they are all lawyers then the state could have refused The original plea yet due to their impancey and lack of Attention to the Laws and guidelines they swore to uphold have The plaintiff being locked up for a V.O.P. due to missing a court date and for which the plaintiff is Incarserated for a month later from the day of The Original plea. (See: Plea Agreement Itself)

Since the day of June 23, 2021 and being the start date of the frivolous V.O.P. has the plaintiff asked for Legal materials To No Avail, Access to the court To No Avail, and grievance procedures all being asked for Along with a Habeus Corpus denial which is permitting continuos lock-up in violation of the plaintiffs U.S. Constitutional Rights, The Uniform Commercial Codes, and The T.R. Crim. P Due Process and Equal Protection Clauses all being Violated.

The plaintiff states that he has been imprisoned now Unlawfully for 2 weeks.

The Petitioner is being and has been deprived and denied his rights Under the Color of Law and This Honorable Court can make Correction stand by and Threw our Laws and Statutes over a vigalanty or more who just wanna punish The plaintiff due to his intellegence of The law Seeming to the respondants as a threat.

Supplemental CLAIMS:

- The plaintiff claims he recieved a brown recluse bite and has been denied Medical
- The plaintiff claims that he and many other Inmates are consistantly being punished cruely by excessive Lockdown when they're are more than enough officers working so we can have access to do the things we need but are getting locked down excessively.
- The plaintiff claims that he and other inmates are not getting the Federally mandated 2400-2600 calorie intake from our food here at The KCDF which is a Human Rights Violation and a Federally Funded Job under A Title VI which needs Investigating.
- The plaintiff claims that the KCSO, KCDF, and or anyone else employeed throughout the states jurisdiction is allowing and has been allowing unlawful housing of minimum inmates, medium inmates, and Federal Inmates all being permitted to be housed in the same unit is a Major Classification Issue that the Federal division has theroughly made overstood cannot and will not happen due to liability Issues yet due to this being Knox County I am guessing none of our Laws, Oaths, and Affirmations upon our lawful officals have to be followed until someone gets severly hurt! This is being allowed by different affiliations to be housed with different affiliations also to openly provoke hostility.

> THE PLAINTIFF WILL NOW SET FORTH HIS Grounds IN Support of his claim:

GROUNDS:

- The plaintiff states that while in KCDF did he request medical for a spider bite and was denied
- The plaintiff states that it is July 4th, 2021 and he and all the other Inmates in his P.O.D. specifically 1-A are being subjected to constant and oppresive lock up therefore violating our Human Rights for wellness and access to our family and communication with our Attorneys AND The Court to report such misconduct.
- The plaintiff states that it is long been established that The State will not class different offenders outside they're own classification level which we currently are.
- The plaintiff claims he goes to sleep every night hungry due to not getting our Calorie Intake.

## Relief Sought:

- The plaintiff respectfully request that this Honorable Court send an immidiately requested order mandating the respondants to release him due to the innattention, neglegence, and procedural violations under our state and Federal guidelines not being followed pursuant to our Uniform Commercial Codes and not being at any fault by and or threw the plaintiff.

- The plaintiff request dismissal of any and all charges for subjecting him to such an unlawful and Indifferent Treatment which is Cruel and Unusual as to avoid seeking nominal, punitive, and or monetary gain.

- The plaintiff request that No Reprisal and or retaliation on behalf of the respondants being permitted by any means.

- The plaintiff if denied relief by this Honorable Court wishes and wants a jury Hearing and or Trial with all appeal rights standing.

- The plaintiff wishes that all papers submitted to it's own jurisdiction be made into a few copies with Certifaction of Service granted.

## Conclusion:

The plaintiff concludes that all the foregoing has been submitted and a returned as filed copy will be delivered so the plaintiff no's nobody will touch his food. The foregoing motion has been sent via first-class mailed with Priviledged and Certifited being mailed to the following on this 2nd day of July, 2021 from the Knox County Detention Facility:

P.L.N

U.S. District Court
400 Main St.
Knoxville, TN 37902

[3.]

## Supplemental Relief Requested:

- The plaintiff request That all the classification mishaps and or unlawful housing be made to be straightened level and classification to the equal level and classes we should be housed with.

- The plaintiff request That all funding granted the HCDF and Jurisdictional overseers be made and properly used for the Federal Calorie Intake on our food to providing any and all legal materials needed to submit his claims To The Courts.

- The plaintiff Lastly states that he is a minimum detainee who is and has been made to be around Federal and or medium classed inmates without being allowed to more recreation all because of The other higher classed Inmates which is wrong subjecting The plaintiff To the same Treatment as worse or higher classed Inmates so The Plaintiff wants to be moved where he has his right as a minimum to freely move about like all minimums.

- The plaintiff states that he wants to be released immidiately and or sent To a hospital for help urgently due to the brown recluse bite hole eating inside his leg and or the plaintiff be shipped from this jail or holding facility due to such excessive neglect and disregard for human health and Life.

- The plaintiff also states that relief should be granted due to him being disable and having diagnosed Mental disabilities which Under the Americans With Disability Act entitles him to actually by pass the states procedural mandates after he has grieved and can go directly federal. This place is starting to make my anxiety and [illegible] Whistle.

Marcus Johnson # 482126
KCDF
5001 Maloneyville Rd
Knoxville, TN 37918
(1-A)

"Privledged"
Mail ~ LEGAL ~

KNOXVILLE TN 377
8 JUL 2021 PM 3 L

Sender is an inmate
Correctional Facility

United States District
Court
500 Main St
Knoxville, TN 37902

37902-253900

RECEIVED
JUL 12 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville